IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES EDWARD HOLT, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | No. 3:09-0077 |
| v. ) | JUDGE HAYNES |
| ) | |
| JAMES FORTNER, Warden, ) | |
| ) | |
| *Respondent*. ) | |

## ORDER TO PRODUCE PRISONER

A evidentiary hearing is set for **Friday, December 10, 2010 at 1:30 p.m. in Nashville, Tennessee** for the named Petitioner, James Edward Holt (Tomis ID# 213313), who is presently in custody at the Turney Industrial Center in Only, Tennessee. Accordingly, the Warden of the said institution is hereby **ORDERED** to produce said prisoner to United States District Court, Courtroom A859 - 8th Floor, Nashville, Tennessee.

In addition, the Warden is **ORDERED** to produced the Petitioner until the conclusion of the evidentiary hearing.

It is so **ORDERED**.

ENTERED this the 9 day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge